**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael R. RAY, Defendant—Appellant.**

No. 08–8445.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2009.

Decided: May 13, 2009.

Michael R. Ray, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Ray appeals the district court's orders denying his motions to amend his restitution order and for reconsideration of the district court's denial of his motion to amend his restitution order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Ray,* No. 4:02–cr–00687–TLW–1 (D.S.C. Apr. 22, 2008; Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*